1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LEE, *et al.*,

              Plaintiff,

vs.

DEPUY ORTHOPAEDICS, INC., *et al.*,

              Defendants.

Case No.: 2:12-CV-1164-RCJ-CWH

**MINUTE ORDER**

September 12, 2012

**MINUTE ORDER IN CHAMBERS:**

      IT IS HEREBY ORDERED that oral argument on (Dockets 9, 10, 18) set for Monday, September 17, 2012 is VACATED.

      The court will issue a written order on the pleadings.

      **IT IS SO ORDERED** this 12th day of September, 2012**.**

_____
ROBERT C. JONES
United States Chief District Judge